UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| YURI SOMOV<br>3815 Upton St. NW<br>Washington, DC  20016<br>CIS File No. A45 636 231 | )<br>)<br>)<br>) | COMPLAINT FOR HEARING<br>ON NATURALIZATION<br>APPLICATION |

YURI SOMOV                                     )
3815 Upton St. NW                              )
Washington, DC  20016                          )        COMPLAINT FOR HEARING
CIS File No. A45 636 231                        )        ON NATURALIZATION
                                                )        APPLICATION
            Plaintiff,                          )
                                                )
v.                                              )        Civ. No.
                                                )
PHYLLIS HOWARD, District Director               )
Washington Field Office                         )
U.S. Citizenship and Immigration Services        )
2675 Prosperity Avenue                          )
Fairfax, VA  22031                              )
                                                )
EMILIO T. GONZALEZ, Director                    )
U.S. Citizenship and Immigration Services        )
20 Massachusetts Avenue, N.W.                   )
Washington, DC  20529                          )
                                                )
MICHAEL CHERTOFF, Secretary                     )
U.S. Department of Homeland Security            )
425 Murray Drive, Building 410                  )
Washington, DC  20528                          )
                                                )
ROBERT S. MUELLER, Director                     )
Federal Bureau of Investigation                 )
J. Edgar Hoover Building                        )
935 Pennsylvania Avenue, N.W.                   )
Washington, DC  20535                          )
                                                )
            Defendants.                          )
_____)

**PRELIMINARY STATEMENT**

1. This action is brought against the Defendants pursuant to 8 U.S.C. §1447(b) with a
   request for judicial relief in the form of an adjudication of the Plaintiff's Application
   for Naturalization (Form N-400) in this Court.

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

2.  The Plaintiff properly filed his application with the Defendant U.S. Citizenship and Immigration Services ("USCIS") on November 15, 2002, and he attended an examination of his application on December 17, 2003.  As more than 120 days have passed since the Plaintiff's examination, the Plaintiff seeks review of his application by this Court.  The Plaintiff is prima facie eligible for naturalization, as explained below, and this Court should assume jurisdiction over this matter and remand to USCIS, with proper instructions, to adjudicate the Plaintiff's application for naturalization without further delay.

### JURISDICTION

3.  This is a civil action brought pursuant to 8 U.S.C. §1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). *See also* 8 C.F.R. §310.5(a).  Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal question jurisdiction) and §1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the Plaintiff, by which statutes jurisdiction is conferred.  Jurisdiction is also conferred pursuant to 5 U.S.C. §704 (Administrative Procedure Act).

4.  This complaint is timely because more than 120 days have passed since the Washington Field Office of USCIS conducted an examination of the Plaintiff on his naturalization application on December 17, 2003.  *See* 8 U.S.C. §1447(b); 8 C.F.R. §310.5(a).

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

2

## VENUE

5.   Venue lies in the District of Columbia, the judicial district where the Plaintiff resides, pursuant to 8 U.S.C. §1447(b) (". . . the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. §310.5(a).

## PARTIES

6.   The Plaintiff, Mr. YURI SOMOV, has been a lawful permanent resident of the United States since January 6, 1997 and resides in Washington, DC.  He was born in Russia (formerly U.S.S.R.) in 1962, and he is a citizen of the Russian Federation.  His alien registration number is A45 636 231.

7.   The Defendants, PHYLLIS HOWARD, District Director, USCIS Washington Field Office; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S. MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party defendants pursuant to 8 U.S.C. §1421(a).  The Washington Field Office of USCIS conducted the examination of the Plaintiff on his application for naturalization. USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act ("INA") and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. §1421(a).  *See*

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

3

*also* 8 C.F.R. §310.1.  The Defendant officials of USCIS referred to herein also include its predecessor organization, which was known as the U.S. Immigration and Naturalization Service ("INS").[1]  The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

## FACTS

8.  The Plaintiff, Mr. Yuri Somov, was born in Russia (then U.S.S.R.) in 1962 and became a lawful permanent resident of the United States on January 6, 1997.  *See* Exh. 1.  He is married and has a 4-year-old U.S. citizen child.  Mr. Somov has been steadily employed in this country, currently as a consultant, interpreter, and translator.  *See* Exh. 2 (curriculum vitae), Exh. 3 (sworn statement).  Mr. Somov has acted as an interpreter for such prominent Russian figures as President Vladimir Putin, former Presidents Boris Yeltsin and Mikhail Gorbachev, former Prime Ministers Viktor Chernomyrdin and Yegor Gaidar, and prominent dissident Andrei Sakharov.  *See* Exh. 4.  In addition, he has provided interpreter and translator services for high-level officials and dignitaries including Walter F. Mondale, former U.S. Ambassador to Japan (Exh. 5); James D. Wolfensohn, former President of The World Bank (Exh. 6); Ted Turner, Chairman of Turner Broadcasting System (Exh. 7); Tom Johnson, President of CNN (Exh. 8); Samuel Bodman, former U.S. Secretary of Energy (Exh. 9); Scott A. Bruckner, Director of the Carnegie Moscow Center (Exh. 10); and speakers at Harvard University's John F. Kennedy School of Government, including

---

[1] On March 1, 2003, the functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security pursuant to Title IV of the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2177.  *See Matter of D-J-*, 23 I&N Dec. 572, 573 n.1 (A.G. 2003).

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

4

Sergei Stepashin, former Prime Minister of Russia, and Boris Berezovsky, former Deputy Secretary of Russia's Security Council (Exh. 11).  He has also served as an interpreter during meetings involving U.S. Secretary of State Condoleezza Rice; former Vice President of the United States Al Gore; the U.S. Secretaries of Commerce and the Treasury; as well as many other high-level individuals.  *See* Exh. 3.  In connection with his professional responsibilities, Mr. Somov has been subjected to numerous high-level background and security checks – both before and after he filed his application for naturalization – and he has never been denied clearance by any U.S. Government agency or official.

9.  Mr. Somov is currently employed as a consultant with The World Bank, has an umbrella contract with the International Monetary Fund, has a valid UN-issued Laissez-Passer, and holds a security clearance from the U.S. Department of State. *See* Exhs. 2, 3.  He has always paid his taxes and he has never been arrested, charged, or convicted of any crime.

10. Mr. Somov is eager to become a U.S. citizen and the delay by the Defendants in adjudicating his naturalization application is of great concern to him.  In addition to creating considerable anxiety and uncertainty for him and his family, the delay in adjudication has created severe obstacles in his professional activities owing to the frequent need to obtain, often with considerable difficulties, visas for travel outside the United States.  The delay in adjudication has interfered with Mr. Somov's professional travel needs and his work schedule.

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

5

11. Mr. Somov submitted an Application for Naturalization (Form N-400) with USCIS on November 15, 2002.  *See* Exh. 12 (Receipt Notice).  He attended an examination on his naturalization application at the USCIS Washington Field Office in Fairfax, Virginia on December 17, 2003.  At the end of the interview, the USCIS Examiner told Mr. Somov that he was eligible to be naturalized administratively that same day, but because he did not have with him originals of his divorce or marriage documents, the naturalization process could not be completed.   Mr. Somov delivered those documents to USCIS a few weeks later, within the specified one-month deadline.

12. More than a year later, on December 29, 2004, Mr. Somov attended an InfoPass appointment at the USCIS Washington Field Office to inquire about the status of his naturalization application.  Mr. Somov was informed by the USCIS officer that a decision could not be issued because his security clearance remained pending.

13. On September 27, 2005, attorney Morris Deutsch entered his appearance with USCIS as Mr. Somov's legal representative.  On November 9, 2005, Mr. Deutsch submitted a Notice of Change of Address on his client's behalf.

14. On January 18, 2006, more than two years after his naturalization interview, Mr. Deutsch attended a second InfoPass appointment at the USCIS Washington Field Office to inquire about the status of Mr. Somov's application.  Mr. Deutsch was informed that his client's security clearance was still pending.

15. On June 8, 2006, Mr. Deutsch attended a third InfoPass appointment at the USCIS Washington Field Office to inquire about the status of Mr. Somov's naturalization application.  He was informed that his client's security clearance was still pending.

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

6

16. On October 17, 2006, Mr. Deutsch and Mr. Somov attended an appointment at the USCIS Washington Field Office, at which they inquired about the status of Mr. Somov's naturalization application.  They were informed that Mr. Somov's security clearance remained pending.

17. On January 11, 2007, Mr. Deutsch attended a fourth InfoPass appointment at the USCIS Washington Field Office to inquire about the status of Mr. Somov's naturalization application.  He was informed that his client's security clearance was still pending.

18. On August 1, 2006, Mr. Somov retained the undersigned counsel.  On December 5, 2006, undersigned counsel sent a letter to Defendant Phyllis Howard inquiring about the status of Mr. Somov's naturalization application.  *See* Exh. 13.  The letter advised Director Howard that although Mr. Somov wishes to resolve his long-pending naturalization application without litigation, he intends to proceed with a lawsuit under 8 U.S.C. §1447(b) if such efforts prove unsuccessful.  *Id.*  Neither Mr. Somov nor undersigned counsel received a response from Director Howard or USCIS.

19. More than 39 months have now passed since Mr. Somov's examination at USCIS and the Defendants still have not issued a final decision on his naturalization application.  As more than 120 days have elapsed since Mr. Somov's examination on December 17, 2003, the Plaintiff requests that this Court assume jurisdiction over his application for naturalization and remand this matter to USCIS, with appropriate instructions, to adjudicate the application without further delay.  *See* 8 U.S.C. §1447(b).

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

7

**CLAIMS**

20. The Plaintiff has a clear right to be granted United States citizenship and this Court has clear jurisdiction to remand his application for naturalization to USCIS, with proper instructions to adjudicate it without further delay, now that the Defendants have failed to do so within the time period specified in 8 U.S.C. §1447(b). *See also* 8 C.F.R. §310.5(a). The Plaintiff has no other relief available. *See generally Iddir v. INS*, 301 F.3d 492, 500 (7th Cir. 2002).

21. The Plaintiff has a clear right to be granted United States citizenship for the following reasons:

   a. The Plaintiff has demonstrated an understanding of the English language, including an ability to read, write, and speak words in ordinary usage in the English language, as required under 8 U.S.C. §1423(a)(1).

   b. The Plaintiff has demonstrated a knowledge and understanding of the fundamentals of the history, and of the principles and form of government, of the United States, as required under 8 U.S.C. §1423(a)(2).

   c. The Plaintiff is not opposed to the United States Government or law and does not favor, nor has he ever favored, any totalitarian form of government. Therefore, he is not barred from naturalization under 8 U.S.C. §1424.

   d. The Plaintiff meets the requirements as to residence as provided under 8 U.S.C. §1427(a). Immediately prior to the filing of his application for naturalization on November 15, 2002, the Plaintiff had resided continuously, after being lawfully admitted for permanent residence on January 6, 1997,

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

8

within the United States for at least five years, and during the five years immediately preceding the date of filing his application for naturalization had been physically present therein for periods totaling at least half of that time. Furthermore, the Plaintiff has resided in the District of Columbia for more than three months before filing his application for citizenship; thus, his application for naturalization was properly filed pursuant to 8 U.S.C. §1427(a)(1) with the Washington Field Office of USCIS in Fairfax, Virginia. Finally, the Plaintiff has continuously resided within the United States from the date of his application for naturalization on November 15, 2002 to the present.

e.  During all the periods referred to at 8 U.S.C. §1427(a), the Plaintiff has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

22. Congress has vested the Executive Branch with authority to confer citizenship. 8 U.S.C. §1421(a). The statute authorizing the Executive Branch to decide citizenship is suffused with mandatory language. *See* 8 U.S.C. §§1422, 1423, 1427; *see also Iddir*, 301 F.3d at 499 (describing Congress' use of mandatory language and the word "shall" through the statute as conferring a duty upon the Attorney General to administer the diversity visa program) The Defendants owe the Plaintiff a duty to adjudicate the Plaintiff's application and have unreasonably failed to perform that duty. The fact of a grant of jurisdiction to U.S. District Courts to review lack of

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

9

adjudication under 8 U.S.C. §1447(b) demonstrates that Congress intended to impose a mandatory duty on the Executive Branch.

23. The Plaintiff has exhausted any administrative remedies that exist and has availed himself of this Court's review under 8 U.S.C. §1447(b), which provides for judicial recourse in cases of administrative inaction.  When USCIS fails to make a determination on a naturalization application within 120 days of the applicant's examination, the applicant may appeal to the appropriate federal district court for a hearing.  8 U.S.C. §1447(b).  The "examination" referenced in 8 U.S.C. §1447(b) has been interpreted by this and other courts to refer to the initial examination interview scheduled under 8 U.S.C. §1446(a).  *See Castracani v. Chertoff*, 377 F. Supp. 2d 71, 73 (D.C.D.C. 2005); *see also United States v. Hovsepian*, 359 F.3d 1144, 1151 (9th Cir. 2004); *El-Daour v. Chertoff*, 417 F. Supp. 2d 679, 683 (W.D. Pa. 2005); *Angel v. Ridge*, 2005 WL 1263143, *4 (S.D. Ill. May 25, 2005).

24. The Plaintiff is entitled to judicial review of his pending naturalization application pursuant to 8 U.S.C. §1447(b), because more than 120 days have passed since he was interviewed by the Washington Field Office of USCIS on December 17, 2003, and USCIS has, to date, failed to make a determination on his application.  *See also* 8 C.F.R. §310.5(a).  The filing of this complaint vests the Court with exclusive jurisdiction to determine the plaintiff's naturalization application or remand it, with appropriate instructions, to USCIS for adjudication without further delay.  8 U.S.C. §1447(b); *see Castracani*, 377 F. Supp. 2d at 75; *see also Hovsepian*, 359 F.3d at 1159.

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

10

WHEREFORE, the Plaintiff prays that the Court:

1. Assume jurisdiction over this matter and remand the Plaintiff's application for naturalization to USCIS, with proper instructions to adjudicate the application without further delay;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this _____ day of April 2007,

YURI SOMOV

*By counsel,*

_____
Michael Maggio
DC Bar Number: 254094

_____
Thomas K. Ragland
DC Bar Number: 501021

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
202-483-0053
FAX: 202-483-6801
mmaggio@maggio-kattar.com

*Counsel for Plaintiff*

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

11

## VERIFICATION

I, Yuri Somov, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for Hearing

on Naturalization Application, upon information and belief.

Dated: 4/25/07

Place: Washington, DC.

YURI SOMOV

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Yuri SOMOV | Phyllis HOWARD, Emilio T. GONZALEZ, Michael CHERTOFF, Robert S. MUELLER |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     Washington DC

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle NW Suite 775
Washington, DC 20036
(202) 483-0053

ATTORNEYS (IF KNOWN)

Jeffrey Taylor
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

| II. BASIS OF JURISDICTION | III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX |
|---|---|

(PLACE AN x IN ONE BOX ONLY)

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◉ E. *General Civil (Other)*    OR    ○ F. *Pro Se General Civil* |
|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** <br> ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment** <br> (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** <br> ☐ **890 Other Statutory Actions** <br> (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** <br> ☐ **720 Labor/Mgmt. Relations** <br> ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** <br> ☐ **740 Labor Railway Act** <br> ☐ **790 Other Labor Litigation** <br> ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** <br> ☐ **443 Housing/Accommodations** <br> ☐ **444 Welfare** <br> ☐ **440 Other Civil Rights** <br> ☐ **445 American w/Disabilities-Employment** <br> ☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance** <br> ☐ **120 Marine** <br> ☐ **130 Miller Act** <br> ☐ **140 Negotiable Instrument** <br> ☐ **150 Recovery of Overpayment & Enforcement of Judgment** <br> ☐ **153 Recovery of Overpayment of Veteran's Benefits** <br> ☐ **160 Stockholder's Suits** <br> ☐ **190 Other Contracts** <br> ☐ **195 Contract Product Liability** <br> ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

○ **1 Original Proceeding**   ○ **2 Removed from State Court**   ○ **3 Remanded from Appellate Court**   ○ **4 Reinstated or Reopened**   ○ **5 Transferred from another district (specify)**   ○ **6 Multi district Litigation**   ○ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
8 U.S.C. § 1447(b)

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** [_____]   Check YES only if demanded in complaint   **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

**DATE** 4/27/07   **SIGNATURE OF ATTORNEY OF RECORD**

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



**RESIDENT ALIEN**

US Department of Justice-Immigration and Naturalization Service

SOMOV, YURIY GEORGIYEVICH
NAME

06 21 62

A045656231

01 17 07

ALIEN REGISTRATION RECEIPT CARD
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

DV1 NYC 970106 158 7014449054

A1USA045636231<01<9701<<<<<<<<
6204213M0701178<<<<<<E547C8F14
SOMOV<<YURIY<GEORGIYEVICH<<<<<

# YURI SOMOV
Washington, D.C. (h) (202) 966-1069,
(cell) 202 607-5551

## Personal

|  |  |
|---|---|
| DOB | 04.21.1962 |
| Nationality | RF |
| Email | ysomov@msn.com |

## Education

| | |
|---|---|
| 1979-1984 | *Maurice Thorez University*, Moscow, Russia<br>M.S. in English/French/Russian studies. Major in linguistics, translation, interpreting, political studies. Minor in French. |
| 1987-1988 | *Maurice Thorez University*, Moscow, Russia<br>Advanced (2-year program) seminar in foreign studies and simultaneous interpretation with a certificate of completion. |
| 1978 | *Moscow State University*, Moscow, Russia<br>Seminar in Journalism and Writing |

## Professional Experience

1984-present   Consulting services, interpreting, interpreting management, translation and translation management services (out of Moscow, Russia, until 1997; out of New York and Washington, D.C., afterwards)

Assignments included:

-Consulting and interpreting for:
Burson-Marsteller (Public Relations Consultant/Interpreter), Emerging Markets Communications (a DC-based PR boutique), Russian SEC, IMF, US State Department, Eurasia Foundation, Brookings Institute, Price Waterhouse, Financial Services Volunteers Corps (NYC-based), Dresdner Bank, CS First Boston, DLJ; PAF (Petroleum Advisory Forum, an organization representing the interests of Western oil majors in Moscow), StatOil, Conoco, Tatneft, Lukoil, Yukos; British Petroleum; Ford Foundation.
National Democratic Institute; Carnegie Endowment for International Peace, Heritage Foundation; John F. Kennedy School of Government at the Harvard University (U.S.-Russia Investment Symposium, 1997, 1998, 1999);
Finance I and Finance II international conferences in Gibraltar and Luxembourg, both in 1995.

- Consulting, producing, interpreting, translating for:
ABC, CBS, NBC, CNN (live joint interview of Al Gore and Viktor Chernomyrdin in spring of 1998, live TV interviews with Russian SEC Chairman Dmitry Vasiliev and former Russian Prime Minister Sergei Kiriyenko, respectively, September and December 1998), Fox Television, Bloomberg Television (interview With Russian SEC chief Dmitry Vasiliev, September 1998. Former Prime-Minister Sergei Stepashin, former Prime-Minister Sergei Kirienko

March 2000), Mayor Luzhkov's trip to the US in 2004, Ms. Khakamada's 2004 US trip, Voice of America, Washington Post and Newsweek's meetings with the Russian media. Greenberg Traurig LLP (translation of case files and various legislation, etc., over 500,000 words), APCO Worldwide, Emerging Markets Communications, USRBC, C-SPAN, a number of roadshows for Russian issuers, including LUKOIL, NOVATEK, etc.
Translation of World Bank economic development, poverty-related materials, borrowing terms and conditions, etc. etc.

July 1997 – present

*World Bank*, Washington, D.C.
Consultant/ Conference Interpreter.
Consulting and interpreting at numerous high-level negotiations at the HQs, meetings of the IBRD President with member countries' top officials, interpreting at multiple IBRD-IMF annual meetings; assignments for the World Development Reports; Numerous technical workshops and conferences at the WB and IMF headquarters (Financial Risks, System Stability and Economic Globalization; Legal and Judicial Reform; New Developments in Financial Law, etc.). Video conferences at the World Bank HQs w/ multiple Russian-speaking countries.

1991-1997

*CNN,* Moscow bureau, Russia
Producer/Simultaneous Interpreter.
Produced and field-produced tape packages on the events in Russia and former Soviet republics.
Producing and live interpreting of hundreds of televised addresses, interviews and press-conferences by Soviet, Russian, CIS leaders (Gorbachev, Yeltsin, Gaidar, Lebed, Zhirinovsky, Shevardnadze, Sobchak, Kozyrev, Zyuganov, etc. etc.). Assignments included producing and live interpreting of Gorbachev's 'resignation address' via CNN on December 25, 1991, and Yeltsin's interview on the same date, Yeltsin's State of the Union address in 1995-1996, coverage of Presidential and parliamentary elections, coverage of the 1991 attempted coup d'etat and the 1993 Yeltsin-Duma crisis, etc.

1984-1991

*Novosti Press Agency*, Moscow, Russia
Writer/Translator/Interpreter
Work involved translating the Agency's publications: press releases, articles, columns, and other texts (a vast variety of subjects); collaborating with the Agency's Press Office on different media projects; interpreting at numerous official meetings between Novosti management and Western counterparts, including at top-level US-Russia Media Talks in the US in April 1988.

1984-85

Part-time announcer for Radio Moscow's English-language service.

1979-1991

Correspondent/Reporter (freelance) with by-line stories for Russian (Soviet) and foreign publications.
Published articles at *Moskovsky Komsomolets* (Moscow's largest daily), *Sovetskaya Kultura* (national daily), *The Guardian (UK), The Journalist*

(UK), Global Finance Magazine (USA) – contributed to the cover story on Russian economy and politics.

## Managerial Experience

Recruitment and managing of conference interpreters for the IBRD (including for a WB-Russian Government-sponsored legal conference in St. Petersburg, Russia, in 2001). Recruitment and coordination of conference and consecutive interpreters (managing up to 6 interpreters' booths in a two-city
conference for the NDI in 1991; recruitment and managing of simultaneous and consecutive interpreters for CNN during round-the-clock live coverage on numerous occasions); recruitment of translators, coordination of large translation projects for Price Waterhouse, NDI; coordination of the translation of the World Bank's Workbook on Poverty, a 300,000-word publication, in 2000; coordination of translation into English of an influential Russian business weekly (Kommersant) during the summers of 1990 and 1991.

## A few work highlights

- Vladimir Putin's live NPR interview, November 2001 (1st ever call-in radio interview by a Russian President);
- Al Gore-Viktor Chernomyrdin live interview on CNN, March 1998;
- Andrei Sakharov's first-after-the-exile press-conference (aired live by CNN, 1988;
- Vladimir Zhirinovsky's one-hour live interview for Fox Television, November 1994;
- Mikhail Gorbachev's resignation speech, live on CNN, December 24, 1991;
- President Boris Yeltsin's live interview for CNN, December 25, 1991;
- live interpreting for CNN during the August 1991 attempted coup, and during the October 1993 coup, including Yeltsin's address on Russian TV on October 4, 1993;
- 1994 Winter Olympics in Norway, producer and researcher for CBS;
- a tour of the US with Mayor A.Sobchak of St.Petersburg in May 1993 (numerous television appearances and meetings with J.Baker, H.Kissinger);
- President Mikhail Gorbachev's live appearance on CNN's Larry King Live, 1996;
- President Mikhail Gorbachev's interview with CBS, June 1996.
- Translation into Russian of a 900-page accounting (GAAP) course for Price Waterhouse;
- visits to the U.S. by Russian SEC Chairman Dmitry Vasilyev (meetings at the US SEC, US Security Council, Treasury, etc.), 1998;

## Awards

-Overseas Press Club's 1992 Award - CNN's series on the Russian economy
- 41st Annual Columbus International Film and Video 1993 Bronze Plaque Award -CNN's Russian Science and Technology Week series

-1996 CableACE Award - CNN's coverage of Russian Presidential Elections

**References**

Andrei Bugrov, (formerly, until spring 2002) Executive Director, IBRD, currently Managing Director of InterRos, (07 095) 785-6355

Maxim Tkachenko, Supervising Producer, CNN's Moscow bureau, (7 095) 243-0909, 243-7753

Bruce Conover, Executive Producer, CNNi, (404) 827-1519

Sergei Chernov, Deputy Chief Interpreter, IMF, (202) 632-6186

Janine Jabbour, Chief Interpreter, IBRD, (202) 473-1566

Fiona Hill, Foreign Policy Studies Program, the Brookings Institution (202) 797-6011.

## DECLARATION OF YURI SOMOV

I, Yuri Somov, filed an application for naturalization in November of 2002, after living in the United States for 5 years and 10 months. On December 17, 2003, I took and passed my "citizenship" exam, was asked to bring two original documents that I did not have with me at the interview (divorce certificate and a marriage certificate), and was told that I would be sworn in within a month.

For about three years now my case has been in the "background check" status.

What, in my mind, makes it peculiar is that I have undergone a number of security checks in this country, including for very high-level, confidential meetings with members of the U.S. Government, since I came here in January 1997. In fact, even prior to that, as far back as 1988, while in the U.S. with a high-level USSR delegation to negotiate with the U.S. Information Service (USIS), I attended a photo opportunity in the Oval Office of The White House with the then-President Ronald Reagan, and, among others, was personally introduced (by head of USIS Charles Wick) and shook hands with (and was photographed of course) the President.

In connection with my professional duties, I had been background-checked both *prior* to my application for naturalization and, repeatedly, since filing my application in 2002.

I have had a service contract with the U.S. Department of State on a revolving basis since approximately 1997 (a copy can be provided), have been repeatedly cleared by investigators working on behalf of the Department of State (one actually came to my house in DC to conduct an extensive interview; on other occasions I presented myself, for an interview with an investigator, at the VOA building on C Street in Washington, DC).

I have on many occasions been cleared to interpret at the Old Executive Office Building, for very high-level events. For example, I have interpreted at a CNN live interview of the then-Vice-President Al Gore and his Russian Federation counterpart, where I was only a few feet away from both principals. I had been thoroughly checked and cleared for event. I also acted as an interpreter at a meeting between Condoleezza Rice and the well-known Russian politician Irina Khakamada in 2005, and have interpreted at a number of meetings with members of the National Security Council.

Since 1998, I have interpreted at all World Bank-International Monetary Fund (WB-IMF) Spring and Annual meetings, interpreting at negotiations and meetings between numerous heads of state and their WB and IMF counterparts, including the World Bank President and IMF Managing Director as well as their U.S. Government counterparts, such as the Secretary of Commerce and Secretary of the Treasury and many others. Many of those meetings were held behind closed doors in a one-on-one setting, where I was the only person in the room other than the principals. For each of those meetings, without exception, I was thoroughly checked and cleared.

In February 2005, I interpreted at a highly confidential meeting between the U.S. Secretary of Energy and his Russian counterpart. The meeting was so confidential that their executive assistants were asked out of the room, leaving only the principals, the Ambassador of the Russian Federation, and me in the room. Notably, for that particular meeting I was cleared within 48 hours. I had interpreted at the Department of Energy on several other occasions prior to that meeting and, again, I was cleared in 2-3 days.

Needless to say, I have interpreted at various events and meetings involving high-level Russian officials and their counterparts in the US, including Russian Federation President Vladimir's Putin first ever live call-in interview at NPR studios in New York, a long list of meetings in Washington, DC involving Moscow Mayor Yury Luzhkov in early 2005, and many others.

Each time I was requested to interpret at a dozen or so meetings in the Old Executive Office Building and at The White House, the process to be cleared took approximately 48-72 hours. The process to be cleared for Voice of America (VOA) and broader State Department work normally took a few weeks. During such investigations, I was thoroughly interviewed by professional investigators. Consequently, I am puzzled as to why my naturalization application has been delayed for nearly three years because of "background checks."

To be honest, I am very worried that my case is simply gathering dust somewhere, with no action being taken on it. I cannot see how, in view of the above, I can be possibly "checked" for three years with no apparent result whatsoever. Three years is an inordinate length of time to background-check a person in my circumstances, who has been repeatedly checked and cleared, without exception, and who currently holds a security clearance from the U.S. Department of State.

I am looking forward to having this unfortunate delay resolved, as it has caused and continues to cause me and my family a considerable amount of anxiety and uncertainty.

Supporting documents and information to attest to the accuracy of the above, such as copies of contracts, invoices, etc. can be provided if necessary.

Signed:

_____          _____
Yuri Somov                                        11/27/06
                                                         Date





M. Gorbachev (far left)
I'm far right







Charles Wick, head of USIA
Yegor Yakovlev, architect of Perestroika
1988



Ted Turner & Yegor Gaidar, PM of RF



**AMBASSADOR OF**

**THE UNITED STATES OF AMERICA**

**TOKYO**

March 28, 1995

To Whom It May Concern:

During 1990-1991, I made several trips to the Soviet Union as Chairman of the National Democratic Institute for International Affairs.  As part of these trips, I had meetings with a variety of political party leaders, as well as then-Soviet Minister of Foreign Affairs Eduard Shevardnadze and Russian Foreign Minister Andrei Kozyrev.

Yuri Somov was our translator for these meetings, as well as for the large-scale seminars which were held for political parties.  His interpreting played an important role in ensuring that both the meetings and the seminars went smoothly.

With best wishes,

Walter F. Mondale

WFM/llp

**The World Bank**
Washington, D.C. 20433
U.S.A.

JAMES D. WOLFENSOHN
President

January 7, 2003

Mr. Yuri Somov
4001 Warren Street, NW
Washington, DC 20016

Dear Mr. Somov,

Pursuant to your request, please find enclosed my letter of recommendation.

Your services as interpreter have strongly supported our mission, and the admiration for your skills is felt by all of us in the World Bank. The success of our endeavors is largely dependent on being able to facilitate multilingual communication by strong and capable interpreters, such as yourself. I appreciate the contribution you make in helping us maintain the reputation we enjoy in the development community.

I am hoping that we will be able to count on your services for many years to come. Hope the recent holiday season brought to you and your family all the joy and happiness that you deserve.

Sincerely yours,

James D. Wolfensohn

**The World Bank**
Washington, D.C. 20433
U.S.A.

JAMES D. WOLFENSOHN
President

January 7, 2003

## TO WHOM IT MAY CONCERN

Yuri Somov has interpreted for me on numerous occasions during my meetings with Russian-speaking counterparts since 1997. Some of those meetings were held in conjunction with the World Bank-IMF Spring and Annual Meetings, others were scheduled during the visits by heads of state and government to the United States. The meetings ran a very broad gamut of issues and involved top officials from a dozen former Soviet countries. Whether they were impromptu or planned, and whether Mr. Somov was familiar with issues on the agenda or not, I was able to rely on him not only to interpret the words, but also to convey the message. He made sure that interpreting was always a factor but never an issue in itself.

Mr. Somov is a professional of high caliber and I hope that he will continue to make himself available to our organization.

James D. Wolfensohn
President
World Bank Group



**BROADCASTING SYSTEM, INC.**
ONE CNN CENTER
BOX 105366
ATLANTA, GEORGIA 30348-5366

R. E. TURNER
CHAIRMAN OF THE BOARD

NORTH TOWER
(404) 827-1717

February 9, 1995

TO WHOM IT MAY CONCERN:

Yuri Somov has been my personal translator on all of my recent trips to Russia. He has served in that capacity during my official meetings with highest level officials of the former Soviet Union and now Russia. Mr. Somov has also been my translator in several press conferences and other public appearances.

He is a man of unusual skill and talent that is not easily matched by others performing the same work.

I understand he hopes to emigrate from Russia to the United States. I think he has a unique talent that can be put to important use in this country.

Thank you for your consideration.

Sincerely,

R. E. Turner

**CNN**

ONE CNN CENTER, Box 105366, Atlanta, GA 30348-5366

**TOM JOHNSON**
President
(404) 827-1311
Fax: (404) 827-4215

October 21, 1993

Dear Yuri:

CNN's coverage of the latest Crisis in Russia was nothing short of brilliant. We led all news organizations with live reporting and in-depth analysis, all made possible by the tireless work of a splendid team: reporters, producers, cameramen, office workers, translators, cooks, drivers, editors, sound-technicians and guest booking. Every role proved vital to getting the job done.

I thank each of you who helped to bring this dramatic story to the world.

Best,

Tom

Mr. Yuri Somov

**CABLE NEWS INTERNATIONAL, INC.**
Kutuzovsky Prospect 7/4, Apartment 256-257, Moscow, U.S.S.R.
Telephone: 243-0909
Telex: 413-953

November 15, 1993

To Whom It May Concern:

I am pleased to write on behalf of Yuri Somov, who works for CNN Moscow as a simultaneous translator. His work is superb and vital to our operation. He regularly translates from Russian to English and English to Russia and frequently does it live on CNN.

What's more, I would rank Mr. Somov as a qualified journalist. His instincts for this work are first rate, his insights are even better and his attitude is top notch.

I can only say the very best of Mr. Somov and recommend him most highly.

Sincerely,

Steve Hurst
Bureau Chief
CNN Moscow



**CABLE NEWS INTERNATIONAL, INC.**
Kutuzovsky Prospect 7/4, Apartment 256, Moscow, USSR
243-7753
From Abroad: 404 827-4165
Telex: 413953 CNN SU
Fax: 243-7095

Dec. 17, 1996

**To Whom it may Concern:**

Yuri Somov has worked for the CNN Moscow bureau many times over the past seven years. His responsibilities have included, at different times, both field production of news reports for the CNN network, and simultaneous translation during countless live interviews with the very highest level Soviet and Russian Politicians. His ability to capture the all-important nuance during live interviews is unexcelled, and he enjoys the reputation in Moscow if being the most sought-after simultaneous translator in town.

I and other CNN personnel have spent many, many hours working with Yuri, and I can honestly say that he has all the necessary professional qualities to work as a full-fledged television field producer for our or any other network. CNN correspondents who have worked with Yuri on the shooting and editing of longer, documentary-style reports, have had only admiration for his contributions to the team effort. He was able to contribute concrete and useful suggestions as to what might be added to a report to make it better, and actively worked with the person editing the report to make sure the video that was used was the best we had on tape, and that the report worked well both visually and editorially.

In addition to having highly professional television skills, Yuri has good people skills and is adept at getting along well with others, a skill of critical importance in our profession, due to the high tensions and flaring tempers that go with the dangers and deadlines of television news journalism. During such events as the 1993 October events, when CNN crews were under fire and racing around Moscow trying to get it all on videotape, Yuri showed himself to be not only brave, but also a "safety-first" oriented producer.

To sum up: Yuri is an individual of high caliber, and I have no reservations about recommending him most highly.

Sincerely,

**Bruce Conover**
**Senior Producer**
**CNN Moscow**



**Department of Energy**
Washington, DC 20585

To Whom It May Concern:

This letter is to confirm that in February 2005 Mr. Yuri Somov provided interpretation services at a confidential bilateral meeting between Secretary of Energy Samuel Bodman and the Russian Minister of Industry and Energy.   Mr. Somov was background-checked and cleared for the meeting for security purposes.  Mr. Somov also provided interpretation services on at least one other occasion at the Department of Energy, for which he was successfully cleared.  Thank you, and please feel free to contact me with any questions.

Sincerely,

*Angelia Piscitelli*  /  *december 2006*

Angelia Piscitelli
U.S. Department of Energy
Telephone: 202-586-6531

♲ Printed on recycled paper



# МОСКОВСКИЙ ЦЕНТР КАРНЕГИ
## Фонд Карнеги за Международный Мир

103051 Москва, Садовая-Самотечная 24/27, Мосэнка Плаза                Тел.: 258-5025  Факс: 258-5020

17 December 1996

To any prospective employers:

It is with great pleasure that I recommend Yura Somov to you as a translator and interpreter. Yura worked for the Carnegie Moscow Center, an affiliate of the Washington-based Carnegie Endowment for International Peace, since its opening in 1993 and consistently proved to be a great asset to us.

The work of the Carnegie Center covers a wide variety of political, economic, and social issues. We have programs examining the issues of political party formation, banking and finance reform, nuclear non-proliferation, immigration, and other highly specialized topics. Each program holds frequent seminars and conferences at which simultaneous translation is needed. In every case, Yura skillfully provided accurate and insightful translation during very important, and often politically delicate, speeches and discussions. In addition, we relied on him for many written translations for these programs and we were always extremely pleased with the quality and efficiency of his work.

Yura's skills as a translator are further enhanced by his general professionalism and reliability. During the more than three years that he worked with Carnegie, we came to rely on him to schedule all our translating needs. If he was not available, he arranged other translators for us and handled all the negotiations with them. By going through Yura, we could ensure that we would always have skilled translators who arrived on-time and fully prepared. I know that we will be hard-pressed to find such a reliable service while he is gone.

Due to both his linguistic skills and his reliability, Yura Somov will be an asset to any organization for which he works. After a long professional relationship with him, we enthusiastically recommend him to any employer and only wish that we did not have to lose his talents ourselves.

Sincerely,

Scott A. Bruckner
Director
Carnegie Moscow Center

# HARVARD UNIVERSITY

### JOHN F. KENNEDY SCHOOL OF GOVERNMENT

Robert and Renée Belfer Center for Science and International Affairs

**Graham T. Allison**
Director



79 John F. Kennedy Street
Cambridge, MA 02138
tel: 617-496-6099/6098 • fax: 617-495-1905

Yuri Somov
1425, 17th St., Apt. 201, NW
Washington, DC, 20036

July 12, 2000

Dear Yuri,

We regrettably don't stop to say thank you frequently enough, but in your case we want to be sure to express our gratitude for all of the top-caliber work you have done for us over the years. We have worked with you on almost all of our highest-profile and most important events involving Russians, Americans and the interpretation that is necessary for them to communicate effectively, including three US-Russia Investment Symposia (major events organized by my team with some 600 high-level government and business leaders from both countries) at Harvard University between 1997-99 as well as several other projects. Just this March, you provided highly professional interpretation during the visit of former Russian Prime Minister Sergei Stepashin to Washington, DC. Whether we require simultaneous or consecutive interpretation, we know we can count on you and for this we are appreciative.

We value our relationship with you because we have found that you somehow manage to strike that delicate but all-important balance in communicating different forms of meaning, including not only literal content but also humor, irony and camaraderie. We also appreciate your ability to handle the wide variety of subjects that our business involves, be it finance, politics or weaponry. Your strong work ethic has also not gone unnoticed, as well as your ability to get along with our Russian partners on a personal level, something that I'm sure you understand is very important when we want to leave our guests with a good impression of Harvard and America.

For all of these reasons, we wish you the best wherever you decide to take your career and we hope that your plans continue to coincide with our interpretation needs. My colleagues, especially Dr. Henry Hale, who has worked with you most closely among our current program managers, certainly share these feelings and Henry has also volunteered to be available for reference calls should future clients, partners or employers require them – he may be reached at (617) 495-1399 or (812) 855-1664.

Sincerely,

Graham T. Allison

E-mail: graham_allison@harvard.edu
WWW Home Page: ksgwww.harvard.edu/bcsia

# HARVARD UNIVERSITY

JOHN F. KENNEDY SCHOOL OF GOVERNMENT

Strengthening Democratic Institutions Project



**FIONA HILL**
*Associate Director*

79 JOHN F. KENNEDY STREET
CAMBRIDGE, MASSACHUSETTS 02138

Tel: (617) 496-1394
Fax: (617) 496-8779
Email: fiona_hill@harvard.edu
Home page: http://ksgweb.harvard.edu/csia/sdi/index.html

February 5, 1997

Yuri Somov:
317 West 22nd Street, Suite 2D
New York, NY 10011

Dear Yuri:

I just wanted to write to thank you for your excellent simultaneous and consecutive interpretation at Harvard's US-Russian Investment Symposium on "Financial and Direct Investment Opportunities in Russia" at the John F. Kennedy School of Government from January 9-12, 1997. As you know, this was an extremely high-level event and its smooth operation was very much dependent on the quality of your interpretation.

The Symposium was a great success—indeed it far exceeded our expectations—and that success was due in large part to your first class abilities, efficiency and responsiveness. Given the fact that we had 200 more participants than anticipated and a number of last minute scheduling changes, a great deal of flexibility was required from both the Symposium staff and our subcontractors. We were delighted with your willingness and ability to meet the overall challenge and unforeseen complications head-on, and with your professionalism and good humor which was on display at all times.

Just reviewing the highlights of the Symposium that we have now relayed to our sponsors and partners: Larry Summers (Deputy Secretary of the Treasury and chief architect of the Clinton administration's economic engagement with Russia), Stan Fischer (the Number 2 at the IMF who manages the Fund's critical $3.3 billion per year contribution to Russia's stabilization program), Ron Freeman (former Salomon investment banker and Number 2 at the EBRD who is responsible for the $2 billion of loans and investments that the EBRD is dispersing to Russia), Boris Berezovsky (now Deputy Secretary of Yeltsin's Security Council), Vladimir Kossov (Deputy Minister of Economics in charge of international investments), and many others provided the big picture on the governments' and international institutions' stakes and programs in business in Russia. The message: Russia is not only opening, but open for serious investments—both equity and direct.

Ben Makihara (chief executive of Mitsubishi, which is the Number 1 in turnover in the Fortune list), Marc Winer (head of McDonald's operations in Russia), and leaders from ABB, Mars and Russian business provided more specifics on both opportunities and obstacles. The messages: Mitsubishi has decided to become a player in the Russian market; major consumer companies like McDonald's see Russia as an important new

market; and in spite of the continuing difficulties with legislation, guarantees for investment, and building long-term relationships great progress has already been made. Investors have seen the Russian stock market rise by 135% since the June low caused by uncertainty over Yeltsin's health. The remarkable success in ending hyperinflation (now down to 20% per annum) should trigger significant increases in investment and growth. Despite the pause in other parts of the economic reform program during the year of elections and heart problems, Russia is now ready to go.

As with every other successful conference on business, most of the action occurred in halls and side shows.  We've heard from more participants than we would have anticipated and their comments span the spectrum from positive to glowing:

- This was the first event with a 1:1 ratio of Russian and Western participants.

- There was unusually high-level representation from government and business on both sides.

- Russian businessmen were able to meet directly with top representatives from the World Bank, IMF and EBRD for the first time.

- Russian participants were extremely serious about attracting investment.

- There was unprecedented representation from the Russian regions outside the Moscow-St. Petersburg axis.

- Meetings that would have taken 6 months to set up in both Russia and the US were secured in 3 days.

- Outside the sessions there were excellent opportunities for meeting and collecting information.

- Attendance was excellent and participants' interest was sustained throughout the Symposium.

In sum, the Symposium was an event of which we can all be proud. It would certainly not have been possible without your hard work. We very much look forward to working with you again on future events and, in the meantime, I would be delighted to act as a reference for other contracts if that would be helpful. I will also send you a final report in the near future.

Thank you once again, and very best wishes,

Fiona Hill

U.S. Department of Justice                          Notice of Action
Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE December 06, 2002 |
|---|---|---|---|
| CASE TYPE N400   Application For Naturalization | | | INS A# A 045 636 231 |
| APPLICATION NUMBER ESC*000947902 | RECEIVED DATE November 15, 2002 | PRIORITY DATE November 15, 2002 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
YURI GEORGIEVICH SOMOV
4001 WARREN STREET NW
WASHINGTON DC 20016

PAYMENT INFORMATION:

Single Application Fee:       $310.00
Total Amount Received:        $310.00
Total Balance Due:              $0.00

ıilıllılıllılllıllılllıllı

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          April 21, 1962
Address Where You Live: 4001 WARREN STREET NW
                        WASHINGTON DC 20016

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 90 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:                          INS Customer Service Number:
US IMMIGRATION AND NATURALIZATION SERVICE    (802) 527-4913
75 LOWER WELDEN STREET
ST ALBANS VT 05479-                          APPLICANT COPY





**MAGGIO KATTAR**

| Immigration and Nationality Attorneys | Il Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No.: 06-1355

_**VIA FEDERAL EXPRESS NO: 858559952060**_

December 5, 2006

Phyllis Howard, District Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA  22031

RE:    <u>YURI SOMOV (A45 636 231) - INQUIRY RE: **PENDING APPLICATION FOR NATURALIZATION**</u>

Dear Ms. Howard:

We write on behalf of our above-named client in an attempt to resolve his long pending Application for Naturalization (N-400). Should these efforts prove unsuccessful, our client has authorized us to prepare a Petition for Hearing on Naturalization Application under INA § 336(b), for filing in U.S. District Court.

Mr. Yuri Somov is a citizen of the Russian Federation who has been a lawful permanent resident since 1997. In November 2002, he applied for naturalization and subsequently appeared for an interview at U.S. Citizenship and Immigration Services in Fairfax, Virginia on December 17, 2003. At the end of the interview, the CIS Examiner told Mr. Somov that he was eligible to be naturalized administratively that same day, but because he did not have with him originals of his divorce or marriage documents, the naturalization process could not be completed. Mr. Somov delivered those documents to CIS a few weeks later, within the month-long specified deadline. His naturalization application has been pending since that time, nearly three years after his interview at CIS. Mr. Somov's prior attorney, Mr. Morris Deutsch, had made numerous inquiries on his behalf, to no avail.

CIS has advised Mr. Somov that the delay on his naturalization application is due to "security checks" that have not yet been completed. However, as revealed in his sworn declaration (attached at Tab A) and his curriculum vitae (attached at Tab B), Mr. Somov has held numerous high-level positions that have required him to obtain security clearances allowing him to enter and work with officials at the U.S. Department of State, U.S. Department of Energy, and even The White House (see attached Tab C, copy of photograph of Mr. Somov with former President Ronald Reagan in 1988). Such clearances have typically been completed in 48-72 hours, and only on rare occasions have they taken as long as a few weeks to be approved. By contrast, the background checks on Mr. Somov's naturalization application have now been pending for nearly three years.

Mr. Somov is understandably eager to have this matter resolved, as it has created considerable anxiety and uncertainty for him and his family, has created obstacles in his professional activities (due to the need to obtain, often with considerable difficulties, visas for travel outside the United States). Mr. Somov has been a lawful permanent resident since 1997, is married, and has a U.S. citizen child. He is currently employed as a consultant with The World Bank, has an umbrella contract with the International Monetary Fund, has a valid UN-issued Laissez-Passer, and holds a security clearance from the U.S. Department of State. If requested, in addition to his sworn

Michael Maggio
Elizabeth A. Quinn*
Melissa Frisk*
James Alexander*

Andrés C. Benach*
John Nahajzer
Amy R. Novick
Cora D. Tekach

Sandra Grossman*
Nadeen Aljijakli*
Thomas Ragland*

*Not admitted in Washington, DC



declaration, Mr. Somov can provide corroborating documentation such as contracts, invoices, and letters of support from U.S. Government officials.

In addition, Mr. Somov has been advised by his undersigned counsel that if efforts to resolve this matter with CIS prove unsuccessful, he is entitled to file a lawsuit under INA § 336(b), requesting the U.S. District Court to assume jurisdiction over his naturalization application and adjudicate his claim. This letter is submitted in hopes that such federal court litigation can be avoided. We look forward to your timely response.

Respectfully submitted,

MAGGIO & KATTAR

Michael Maggio

cc:     Michael Metzgar, Associate Regional Counselor, USCIS
        Yuri Somov

Enclosures: As stated