UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YURI SOMOV,<br><br>   Plaintiff,<br><br>  v.<br><br>PHYLLIS HOWARD, District Director,<br>Washington Field Office, United States<br>Citizenship & Immigration Services, <u>et al.</u><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number:  1:07CV0793(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: July 5, 2007

                Respectfully submitted,


                 /s/ Robin M. Meriweather
               ROBIN M. MERIWEATHER, D.C. Bar. # 490114
               Assistant United States Attorney
               555 Fourth St., N.W.
               Washington, D.C.  20530
               Phone: (202) 514-7198   Fax: (202) 514-8780
               Robin.Meriweather2@usdoj.gov