UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YURI SOMOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHYLLIS HOWARD, District Director,<br>Washington Field Office, United States<br>Citizenship & Immigration Services, <u>et al.</u><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV0793(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

　　　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Phyllis Howard <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due August 6 2007. Defendants' answer currently is due July 6, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

　　　　In support of this motion, Defendants state as follows:

　　　　This is an immigration case, arising out of a Form N-400 application for naturalization filed by Plaintiff, a citizen of the Russian Federation. Plaintiff filed a complaint on May 1, 2007, asking the Court to remand the case to United States Citizenship and Immigration Services with instructions to adjudicate Plaintiff's naturalization application immediately.

　　　　Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the

Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual allegations, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: July 5, 2007

                                                Respectfully submitted,

                                                _/s/_
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                _/s/_
                                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                                Assistant United States Attorney

                                                _/s/ Robin M. Meriweather_
                                                ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                Phone: (202) 514-7198
                                                Fax: (202) 514-8780
                                                Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Maggio & Kattar
11 Dupont Cirle, NW Suite 775
Washington, DC 20036

　　　　　　　　　　　　　　　　　　　　　/s/  *Robin M. Meriweather*
　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
YURI SOMOV,                               )
                                          )
          Plaintiff,                      )
                                          )
    v.                                    )   Case Number:  1:07CV0793(RWR)
                                          )
PHYLLIS HOWARD, District Director,        )
Washington Field Office, United States    )
Citizenship & Immigration Services, et al. )
          Defendants.                     )
                                          )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by August 6, 2007.

SO ORDERED.

_____
United States District Judge