UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YURI SOMOV,<br><br>          Plaintiff,<br><br>     v.<br><br>PHYLLIS HOWARD, District Director,<br>Washington Field Office, United States<br>Citizenship & Immigration Services, et al.<br>          Defendants. | Case Number: 1:07CV0793 (RWR) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Phyllis Howard et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due September 5, 2007. Defendants' answer currently is due August 6, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form N-400 application for naturalization filed by Plaintiff, a citizen of the Russian Federation. Plaintiff filed a complaint on May 1, 2007, asking the Court to remand the case to United States Citizenship and Immigration Services with instructions to adjudicate Plaintiff's naturalization application immediately. Plaintiff alleges that when he inquired about the status of his naturalization application, he was told that his security clearances remained pending.

Defendant USCIS has determined that Plaintiff's background check is eligible for expedited treatment, and has requested that the processing of Plaintiff's background check be expedited. That expedite request makes it likely that Defendants will be able to resolve this dispute through the administrative process within the next thirty days. Accordingly, Defendants request a 30-day enlargement of time so that the parties may continue to pursue an administrative resolution of this dispute, thereby avoiding potentially unnecessary litigation.

Defendants have previously requested one enlargement of time to respond to the complaint, which this Court granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: August 3, 2007                           Respectfully submitted,

                                                  /s/ Jeffrey A. Taylor  by MJ
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                  /s/ Rudolph Contreras  by MJ
                                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                                Assistant United States Attorney

                                                  /s/ Robin M. Meriweather
                                                ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                Phone: (202) 514-7198  Fax: (202) 514-8780
                                                Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland  
Maggio & Kattar  
11 Dupont Cirle, NW Suite 775  
Washington, DC 20036

                                                  /s/ *Robin M. Meriweather*  
                                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
YURI SOMOV,                         )
                                    )
        Plaintiff,                )
                                    )
   v.                               )   Case Number:  1:07CV0793(RWR)
                                    )
PHYLLIS HOWARD, District Director,  )
Washington Field Office, United States )
Citizenship & Immigration Services, et al. )
        Defendants.               )
                                    )
_____)


**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to

Plaintiff's Complaint by September 5, 2007.

SO ORDERED.

                                                                                                        _____
                                                                                                        United States District Judge