UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YURI SOMOV,<br><br>      Plaintiff,<br><br>  v.<br><br>PHYLLIS HOWARD, District Director,<br>Washington Field Office, United States<br>Citizenship & Immigration Services, <u>et al.</u><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV0793 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

     Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Phyllis Howard <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due October 5, 2007. Defendants' answer currently is due September 5, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion. However counsel for Plaintiff was out of the office, and had not responded as of the time Defendants filed this motion. In support of this motion, Defendants state as follows:

     This is an immigration case, arising out of a Form N-400 application for naturalization filed by Plaintiff, a citizen of the Russian Federation. Plaintiff filed a complaint on May 1, 2007, asking the Court to remand the case to United States Citizenship and Immigration Services with instructions to adjudicate Plaintiff's naturalization application immediately. Plaintiff alleges that when he inquired about the status of his naturalization application, he was told that his security

clearances remained pending.

Defendant USCIS has requested that the processing of Plaintiff's background check be expedited. In light of that expedite request, Defendants hope that this dispute can be resolved through the administrative process within the next thirty days. Accordingly, Defendants request a 30-day enlargement of time so that the parties may continue to pursue an administrative resolution of this dispute, thereby avoiding potentially unnecessary litigation.

Defendants have previously requested two enlargements of time to respond to the complaint, which this Court granted and Plaintiff did not oppose. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: September 4, 2007            Respectfully submitted,

                                    /s/
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                    /s/
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

                                    /s/ Robin M. Meriweather
                                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    Phone: (202) 514-7198  Fax: (202) 514-8780
                                    Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland  
Maggio & Kattar  
11 Dupont Circle, NW Suite 775  
Washington, DC 20036

                                        /s/ *Robin M. Meriweather*  
                                    ROBIN M. MERIWEATHER, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                       )
YURI SOMOV,                            )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )   Case Number:  1:07CV0793(RWR)
                                       )
PHYLLIS HOWARD, District Director,     )
Washington Field Office, United States )
Citizenship & Immigration Services, et al. )
         Defendants.                   )
                                       )
_____)

### ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by October 5, 2007.

SO ORDERED.

                                              _____
                                              United States District Judge