## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YURI SOMOV,<br><br>        Plaintiff,<br><br>v.<br><br>PHYLLIS HOWARD, District Director,<br>Washington Field Office, United States<br>Citizenship & Immigration Services, <u>et al.</u><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number:  1:07CV0793(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective

counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice,

each side to bear its own costs and fees.

Respectfully submitted,

_____  
MICHAEL MAGGIO  
THOMAS RAGLAND  
ANDRES BENACH  
MAGGIO & KATTAR  
11 Dupont Circle, NW Suite 775  
Washington, DC 20036  
Phone: (202) 483-0053  
Fax: (202) 483-6801  

*Counsel for Plaintiff*

Dated: October 3, 2007

_____  
JEFFREY A. TAYLOR, D.C. BAR # 498610  
United States Attorney  

_____  
RUDOLPH CONTRERAS, D.C. BAR # 434122  
Assistant United States Attorney.  

_____  
ROBIN M. MERIWEATHER, D.C. Bar # 490114  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
Phone: (202) 514-7198; Fax (202) 514-8780  
Robin.Meriweather2@usdoj.gov  

*Counsel for Defendants*